No. D-1970. IN RE DISBARMENT OF KURTZ. Phillip Kurtz, of Euclid, Ohio, is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to

show cause why he should not be disbarred from the practice of law in this Court.